**Opinion issued May 24, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

**NO. 01-16-00034-CV**

———————————————

**DEMETRIA GILMORE, Appellant**

**V.**

**PLAZA AZUL APARTMENTS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1070197**

---

**MEMORANDUM OPINION**

Appellant, Demetria Gilmore, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* Tex. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West Supp. 2015);

Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.